EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:

CONTINENTAL DIVIDE COLLECTIONS, LLC
Plaintiff,

v.

MARC OSTROFSKY, an individual,
Defendant.

### DECLARATION OF MARC OSTROFSKY

I, Marc Ostrofsky, declare as follows:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Declaration based upon my personal knowledge.

2. I am a citizen of the state of Utah and reside in Park City, Utah. I was a citizen of Utah at the time the summons and complaint in this case was served upon me.

3. I have never been a citizen of the State of Colorado, not now or at the time of service of the summons and complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2024, at Park City, Utah.

_____
Marc Ostrofsky