**EXHIBIT A**

| | |
|---|---|
| **DISTRICT COURT, GARFIELD COUNTY, COLORADO**<br>109 8th St., #104<br>Glenwood Springs, CO 81601<br>(970) 928-3065<br><br>**Plaintiffs: CONTINENTAL DIVIDE COLLECTIONS, LLC,** a Colorado limited liability company,<br><br>**v.**<br><br>**Defendant: MARC OSTROFSKY**, an individual.<br><br>*Attorneys for Plaintiff*:<br>Matthew C. Ferguson, #25687<br>Ryan J. Dougherty, #46214<br>FERGUSON SCHINDLER LAW FIRM, P.C.<br>119 South Spring Street, Suite 201<br>Aspen, Colorado 81611<br>Telephone: (970) 925-6288<br>Facsimile: (970) 925-2273<br>e-mail: matt@fsaspenlaw.com<br>e-mail: ryan@fsaspenlaw.com | DATE FILED<br>August 21, 2024 2:50 PM<br>FILING ID: A3E95AC52F55A<br>CASE NUMBER: 2024CV30113<br><br><br>▲ COURT USE ONLY ▲<br>_____<br><br>Case Number: 2024CV<br><br>Div.: _____ |
| **COMPLAINT** ||

Plaintiff, Continental Divide Collections, LLC, a Colorado limited liability company ("Plaintiff"), by and through its counsel, FERGUSON SCHINDLER LAW FIRM, P.C., for its Complaint against Defendant, Marc Ostrofsky ("Defendant"), states and alleges as follows:

### I. PARTIES (AND RELATED ENTITIES/PERSONS)

1. Plaintiff is a Colorado limited liability company in good standing.

2. Plaintiff's principal place of business is 520 Cotton Ranch Drive, Gypsum, Colorado, 81637.

3. Plaintiff is the assignee of the claims asserted in this Complaint.

4. The Ferguson Schindler Law Firm, P.C. is the assignor ("Assignor").

Case No. 1:24-cv-02764-SBP   Document 3   filed 10/07/24   USDC Colorado   pg 2 of 5

**EXHIBIT A**

District Court, Garfield County, Colorado Case No. 2024 CV _____
*Continental Divide Collections, LLC v. Marc Ostrofsky*
**COMPLAINT**
Page **2** of **5**

5. Defendant, Marc Ostrofsky, is an individual who upon information and belief resides at 8544 Ranch Club Resort, Park City, Utah, 84060.

## II. JURISDICTION AND VENUE

6. The Court has jurisdiction over this matter and Defendant pursuant to C.R.S. § 13-1-124(1)(a) because this cause of action arises from the transaction of business within the State of Colorado.

7. Venue is proper in Garfield County District Court pursuant to the venue selection clause contained in the Agreement (defined below) at Section 8, "You further agree to submit to the jurisdiction of the County or District Court in Denver, Garfield, Pitkin, Eagle or Mesa County, Colorado as determined solely by us or the collection entity."

## III. GENERAL ALLEGATIONS

8. In the fall of 2020, Defendant contacted Assignor and requested that it provide legal services to him in connection with a lawsuit in the Pitkin County District Court styled *Marc Ostrofsky v. Marron Creek Club Limited Liability Company, et al.*, Case No. 2020CV30076 ("MCC Lawsuit").

9. At the time, Defendant had already engaged other counsel who had commenced the MCC Lawsuit.

10. In November 2020, Assignor agreed to provide legal services to Defendant in exchange for compensation.

11. On November 13, 2020, Defendant and Assignor entered into the Retention Agreement ("Agreement"). The Agreement was later amended by the Amendment to the Retention Agreement with Release on April 11, 2022 ("Amendment").

12. Copies of the Agreement and Amendment are attached here as **EXHIBITS "1" AND "2"**.

13. Pursuant to Section 8 of the Agreement, Defendant agreed to pay for legal services and expenses upon receipt of monthly invoices.

14. Defendant agreed that if payments were not timely made, Plaintiff had the option to initiate a collection lawsuit to recover unpaid legal fees and costs and accrued interest. Ex. 1, Section 8.

15. Assignor provided legal services to Defendant over the course of roughly two years.

Case No. 1:24-cv-02764-SBP   Document 3   filed 10/07/24   USDC Colorado   pg 3 of 5

EXHIBIT A

District Court, Garfield County, Colorado Case No. 2024 CV _____
*Continental Divide Collections, LLC v. Marc Ostrofsky*
**COMPLAINT**
Page **3** of **5**

16.   Defendant paid the majority of invoices, but failed to pay certain invoices beginning in early 2022.

17.   Defendant has failed to pay these invoices for the services that Assignor provided, despite several requests.

18.   Defendant has an outstanding balance for legal services performed and costs of $98,899.23.

19.   On August 3, 2022, Assignor withdrew its representation of Defendant as a result of his failure to pay the outstanding balance.

20.   According to Section 8 of the Agreement, Assignor assessed Defendant a finance charge based on compounded interest at a periodic monthly rate of 1.5% for Defendant's failure to pay the invoices.

21.   As of August 21, 2024, Defendant's finance charge amounts to $14,398.10.

22.   Defendant currently owes $**119,345.57** for the services rendered by Assignor, costs, and interest.

23.   This amount increases with interest.

24.   According to Section 8 of the Agreement, Defendant also agreed to pay Assignor's reasonable legal fees and costs incurred in a collection action for Defendant's failure to pay Assignor's invoices.

25.   Attorneys' fees will only continue to increase as collection efforts persist.

26.   On May 17, 2023, Assignor assigned all rights it had to the claims set forth herein to Plaintiff.

## **FIRST CLAIM FOR RELIEF**
### **(Breach of Contract)**

27.   Plaintiff incorporates by reference its allegations contained in paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28.   The Agreement and Amendment are valid and enforceable agreements.

29.   Assignor performed all its obligations, promises, and duties required under the Agreement and Amendment.

30.   Defendant breached the Agreement and Amendment by failing to pay the invoices

Case No. 1:24-cv-02764-SBP   Document 3   filed 10/07/24   USDC Colorado   pg 4 of 5

EXHIBIT A

District Court, Garfield County, Colorado Case No. 2024 CV _____
*Continental Divide Collections, LLC v. Marc Ostrofsky*
**COMPLAINT**
Page **4** of **5**

for the services rendered.

31.     Interest has accrued and continues to accrue under the Agreement at 1.5% per month.

32.     As a result of Defendant's breach of the Agreement and Amendment, Assignor has been damaged and Plaintiff, by assignment, is entitled to an award of such damages in an amount to be proven at trial and attorneys' fees and costs as the prevailing party.

## SECOND CLAIM FOR RELIEF
### (Unjust Enrichment/*Quantum Meruit*)

33.     Plaintiff incorporates and restates the allegations contained in paragraphs 1 through 26 of this Complaint as if fully set forth herein.

34.     Based on actions of Defendant, Assignor provided legal services to Defendant in the form of work and legal services.

35.     Defendant benefited from the services performed by Assignor.

36.     It would be unjust for Defendant to retain that benefit without paying Plaintiff for the services Assignor performed under the Agreement to provide legal services to Defendant.

37.     As a result of Defendant retaining that benefit, Assignor has been damaged and Plaintiff, by assignment, is entitled to an award of such damages.

## RESERVATIONS OF RIGHTS

Plaintiff expressly reserves all rights accorded under Colorado law, including, but not limited to, the right to amend this pleading as may be necessary in light of new or additional factual information gathered throughout the disclosure and discovery phases of the litigation.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff, and against Defendant, on the Counts herein as follows:

a.  For compensatory damages including, but not limited to, monetary damages for breach of the Agreement and Amendment;

b.  For contractual interest at the rate of 1.5% per month;

c.  For the costs of this suit and reasonable attorneys' fees;

d.  Pre and post judgment interest; and

e.  For all other and further relief that the Court deems just and proper.

<span style="color:red">**EXHIBIT A**</span>

District Court, Garfield County, Colorado Case No. 2024 CV _____
*Continental Divide Collections, LLC v. Marc Ostrofsky*
**COMPLAINT**
Page **5** of **5**

Dated: August 21, 2024

                                      Respectfully submitted,

                                      **FERGUSON SCHINDLER LAW FIRM, P.C.**

                                      */s/ Ryan J. Dougherty*_____
                                      Matthew C. Ferguson, #25687
                                      Ryan J. Dougherty, #46214
                                      119 South Spring Street, Suite 201
                                      Aspen, Colorado 81611
                                      Telephone: (970) 925-6288
                                      Facsimile: (970) 925-32273
                                      *Attorneys for Plaintiff*

Plaintiff's Address:

520 Cotton Ranch Drive
P.O. Box 394
Gypsum, Colorado 81637